IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

Inspection of the workplace located at and near

**5440 South 56th Street**
**Lincoln, Nebraska 68516**

under the control or custody of

**B & R Stores, Inc.,**
**doing business as Super Saver**

Case No. 8:21MJ615

**ORDER**

    Upon consideration of the motion of the United States of America to lift the seal in this matter, and good cause having been shown, it is hereby

    **ORDERED** that the seal be and hereby is lifted.

Dated: 1-6-22

*/s/ Susan M. Bazis*
SUSAN M. BAZIS
UNITED STATES MAGISTRATE JUDGE